193 So. 877

### MILLER v. STATE.

8 Div. 978.

Court of Appeals of Alabama.

Feb. 13, 1940.

S. A. Lynne, of Decatur, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

No brief has come to the attention of the court, but, as required by law, we have examined this record and in it find no reversible error. The judgment is affirmed.

Affirmed.

NOTE.—PER CURIAM.

The foregoing opinion was prepared by the late Judge SAMFORD. Since his untimely death, this court has considered this case en banc. We are clear to the conclusion that said opinion is correct in all things; therefore, it is hereby approved and is made and adopted as the opinion of this court.